11 CIV. 2568

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vera L Givens

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

City of New York, New York
City Department of Corrections
Patricia Gatling Commissioner of
The New York City Commission on Human Rights   See Attached
For Additional
Defendants

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)*

RECEIVED
APR X 7 2011
PRO SE OFFICE

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☒ Yes  ☐ No
*(check one)*

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

____  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

_X_  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_X_  New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

_X_  New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

Rev. 05/2010                                              1

## I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name **Vera Givens L**
Street Address **7 Allerton Avenue**
County, City **Middletown NY 10940**
State & Zip Code **Middletown NY 10940**
Telephone Number **347 313 5902**

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary. **Att. Jean N Gilberg / legal Department**

Defendant  Name **New York City Department of Corrections**
Street Address **15-20 Astoria Boulevard**
County, City **East Elmhurst Boulevard NY 101370**
State & Zip Code **Queens NY 121370**
Telephone Number **212 266-1711**

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer **New York City Department of Corrections**
Street Address **1 Hallock Street**
County, City **Bronx NY 10474**
State & Zip Code **Bronx NY 10474**
Telephone Number _____

## II. Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

____ Failure to hire me.

✓ Termination of my employment. **Feb 3, 2009**

____ Failure to promote me.

✓ Failure to accommodate my disability. **Oct 10, 2006 To February 3, 2009**

✓ Unequal terms and conditions of my employment.

(Defendants)

1) Paul Labossiere
   40 Rector Street 10th floor
   N.Y. N.Y. 10006

2) Patricia Gatling
   40 Rector Street 10th floor
   N.Y. N.Y. 10006

3) Mark Wilson
   40 Rector Street 10th floor
   N.Y. N.Y. 10006

4) (Defendants)
   Cynthia Barrett
   75-20 Astoria Blvd
   East Elmhurst NY 121370

5) Ronell Vismalle
   75-20 Astoria Blvd
   East Elmhurst NY 121370

6) William Thomas (Warden)
   75-20 Astoria Blvd
   East Elmhurst NY 121370

7) Deputy Warden Diane Carn
   75-20 Astoria Blvd
   East Elmhurst NY 121370

8) Warden Carmine Labruzzo
   75-20 Astoria Blvd
   East Elmhurst NY 121370

9) Security Captain (VCBC) Vaughn
   75-20 Astoria Blvd
   East Elmhurst NY 121370

10) Norman Seabrook
    75-20 Astoria Blvd
    East Elmhurst NY 121370

11) Luis R Burgos
    75-20 Astoria Blvd
    East Elmhurst NY 121370

12) Jackie Burgos
    75-20 Astoria Blvd
    East Elmhurst NY 121370

13) Phyllis Smalls
    75-20 Astoria Blvd
    East Elmhurst NY 121370

14) Dale Douglas
    75-20 Astoria Blvd
    East Elmhurst NY 121370

  √   Retaliation.

  ___  Other acts *(specify)*: _____.

  *Note:* Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: **Oct 10, 2008 To Feb 3, 2009**
                            *Date(s)*

C. I believe that defendant(s) *(check one)*: **Refusing to pay for my Psychiatry & medications for my disability claim. Workers compensation despite judge order.**

  **X**  is still committing these acts against me.

  ___  is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

  ☐ race _____  ☐ color _____

  ☐ gender/sex _____  ☐ religion _____

  ☐ national origin _____

  ☐ age. My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

  **X** disability or perceived disability, **Right Knee foot nerve damage, Post Traumatic Stress Disorder, Anxiety Disorder, Severe Popliteus** *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*: **Terminated me but did not terminate other officer. Respondant (NYCDepCorrection) afforded an Accomodation who and removed the accomodation unlawfully. Terminated [sic] the petitioner who was out on Workers compensation injury for violated sick leave collecting bargain agreement creating a hostile working enviroment caused undue hardship, negligently [sic], intentionally, recklessly knowingly wrongful deprived privileges of employment bringing communitory charges discrimatory charges.**

  *Note:* As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

### III. Exhaustion of Federal Administrative Remedies:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _____ *(Date)*.

Rev. 05/2010            3

The Defendants (Commission on Human Rights) Failure to Investigate a true Investigation involving dispared unlawful/wrongful termination and engaging in unlawful discrimination practice, and falsifying documentation and carrying out a one sided Investigation, failure to investigate disability discrimination, purposely and intentionally engaged in unlawful discrimination practice, The commission sabotaged by complaint with the understanding that Luis P. burges Deputy Commissioner who is one of the defendants, in the complaint previously worked at New York City Department of Correction as a EEO Commissioner and in current since 2005 work with the commission on human Rights as a first vice deputy commissioner which is a conflict of interest pertaining to my complaint,

B.  The Equal Employment Opportunity Commission *(check one)*:

    _____  has not issued a Notice of Right to Sue letter.

    \_\_X\_\_\_\_  issued a Notice of Right to Sue letter, which I received on \_\_March 1, 11\_\_ *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.  Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

    _____  60 days or more have elapsed.

    _____  less than 60 days have elapsed.

## IV. Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _monetary relief, including past and ongoing economic loss, injunctive relief, declaratory relief, compensatory and punitive damages, disbursements, costs and fees for violations of plaintiff's right to disability act_

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this \_7\_ day of \_April\_, 20\_11\_

    Signature of Plaintiff  _____

    Address  _____

    _____

    _____

    _____

    Telephone Number  _____

    Fax Number *(if you have one)*  _____

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Vera Givens<br>7 Allerton Avenue<br>Middletown, NY 10940 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16F-2007-00138 | Holly M. Woodyard,<br>Investigator | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Elizabeth Grossman,
Acting District Director

MAR - 1 2011

*(Date Mailed)*

Enclosure(s)

cc: **NYC DEPARTMENT OF CORRECTION**
Jean N, Gilberg, Legal Division
75-20 Astoria Blvd.
East Elmhurst, NY 11370

Lloyd Somer, Esq.
Law Offices of Lloyd Somer
330 Seventh Ave., 15th Fl.
New York, NY 10001